FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 28 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

JOSEPH PICINI, JR. AND MICHELE PICINI,

        Plaintiffs,

-against-

CHASE HOME FINANCE LLC, AND JPMORGAN CHASE BANK, N.A.,

        Defendants.

-------------------------------------------------------- X

Civil Action No. CV-11-2393
(MKB) (GRB)

**NOTICE OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action including all counterclaims and cross-claims be, and the same hereby is, discontinued, with prejudice, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that a facsimile or electronic copy of this Stipulation may be treated as an original for filing purposes and that either party may file this Stipulation with the Court without further notice to the other.

Dated: New York, New York
September 24, 2012

LESTER & ASSOCIATES, P.C.

By: _____
TIMOTHY WILLIAM SALTER
Attorneys for Plaintiffs
600 Old Country Road, Suite 229
Garden City, NY 11530

Dated: Garden City, New York
September 24, 2012

CULLEN AND DYKMAN LLP

By: _____
CYNTHIA A. AUGELLO (CA-3839)
Attorneys for Defendant
100 Quentin Roosevelt Boulevard
Garden City, NY 11530

So Ordered

s/MKB

USDJ 9/27/2012

6

TOTAL P.19